KATHLEEN JULIE O'CONNOR v. ABRAHAM ALTUS.

November 12, 1973. Cross-petition for certification granted.

LAY FACULTY ASSOCIATION OF REGIONAL SECONDARY SCHOOLS OF THE ARCHDIOCESE OF NEWARK v. ROMAN CATHOLIC ARCHDIOCESE OF NEWARK.

November 12, 1973. Petition for certification denied.

ARTHUR ODABASH AND WILLIAM M. GREER v. MAYOR AND COUNCIL OF BOROUGH OF DUMONT.

November 12, 1973. Petition for certification granted.

PUBLIC SERVICE ELECTRIC AND GAS COMPANY v. OLDWICK FARMS, INC.

November 12, 1973. Petition for certification denied. (See 125 *N. J. Super.* 31)

ARTHUR A. PELOSO AND MARILYN PELOSO v. HARTFORD FIRE INSURANCE COMPANY.

November 12, 1973. Petition for certification denied.